514 A.2d 1369

COMMONWEALTH of Pennsylvania, Appellee,

v.

Edward F. WHITMORE, Appellant.

Supreme Court of Pennsylvania.

Argued June 4, 1986.
Decided Sept. 19, 1986.

Larry A. Kalikow, Norristown, for appellant.

Katherene E. Holtzinger-Conner, Asst. Dist. Atty., for appellee.

## ORDER

PER CURIAM.

Appeal dismissed as improvidently granted.